IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00040-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE DELARA,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition (Dkt. # 15) was filed in the above matter on March 27, 2006.  A Change of Plea hearing is set for **April 17, 2006 at 10:30 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than noon on April 13, 2006.** If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.  **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (**see **D.C.COLO.LCrR 11.1F).**  In light of this Change of Plea hearing,

    IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for April 7, 2006, and the trial date of April 17, 2006, are VACATED.

    DATED: March 28, 2006

                                                             BY THE COURT:

                                                             *s/ Phillip S. Figa*

                                                             _____
                                                            Phillip S. Figa
                                                           United States District Judge