IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 06-cr-00040-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ENRIQUE DELARA

    Defendant.
_____

## ORDER OF RECUSAL
_____

This matter is before me on review of the file. In my prior position as an Assistant Untied States Attorney in the U.S. Attorney's Office for the District of Colorado, I represented the United States at the sentencing hearing in this matter on February 8, 2008. As a result, pursuant to 28 U.S.C. § 455(b)(3), I must recuse myself from this case. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

DATED December 19, 2011.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge