IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 06-cr-00040-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE DELARA,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on November 18, 2013, it is

    ORDERED that Defendant Enrique Delara is sentenced to TIME SERVED.

    DATED: November 19, 2013.

                              BY THE COURT:

                              _____
                              Christine M. Arguello
                              United States District Judge